UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:18-CR-17 |
| LAWRENCE POWELL EARHART, | ) |
| Defendant, | ) |

## RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered in the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on December 11, 2019 in Sullivan County, Tennessee, and recorded in Lien Book 3361 Page Number 2417-2418.

                                                                     Respectfully submitted,

                                                                     J. DOUGLAS OVERBEY
                                                                     United States Attorney

By:     *s/Gretchen Mohr*
            Gretchen Mohr
            Assistant United States Attorney
            NY Bar No. 5064704
            800 Market Street, Suite 211
            Knoxville, TN 37902
            (865) 545-4167
            Gretchen.Mohr@usdoj.gov

CERTIFICIATE OF SERVICE

      I, hereby certify that on May 14, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/Gretchen Mohr*
Gretchen Mohr
Assistant United States Attorney